

PAPERS IN FILE: (1) Bill of complaint; (2) bond for injunction; (3) writ of injunction and return; (4) writ of subpoena and return.
*Chancery Case* 154 of 1832.

THOMAS PALMER *versus* ELIPHALET WEBSTER, BARZILLA WHEELER, AND EVERETT BEARDSLEY.

JOURNAL ENTRIES (1832–34): *Journal 4:* (1) Motion to dissolve injunction *p. 520. *Journal 5:* (2) Motion to take bill as confessed and for perpetual injunction *p. 28; (3) motions argued, submitted *p. 31; (4) injunction dissolved, bill dismissed *p. 35.
PAPERS IN FILE: [None]
*Chancery Case* .... of ......

IN THE MATTER OF THE OPENING OF AN ALLEY FROM BATES STREET TO RANDOLPH STREET IN THE CITY OF DETROIT (WILLIAM BROWN, CLAIMANT).

JOURNAL ENTRIES: (1832–33): *Journal 4:* (1) Rule to assign errors *p. 515; (2) case argued, submitted *p. 522; (3) jury ordered summoned to assess damages *p. 529; (4) motion for rule to exhibit title deeds *p. 531; (5) damages assessed, motion for judgment *p. 535. *Journal 5:* (6) Judgment *p. 11.
PAPERS IN FILE: (1) Affidavit and petition for certiorari, allocatur; (2) writ of certiorari; (3) return to certiorari; (4) assignment of errors; (5) joinder in error; (6) venire facias and return; (7) motion for rule to exhibit title deeds.
*1824–36 Calendar*, MS p. 220.

UNITED STATES *versus* DAVID THOMPSON.

JOURNAL ENTRIES (1832): *Journal 4:* (1) Leave given to file information, rule to show cause against judgment of ouster, copy of rule and of information ordered served *p. 520; (2) rule to show cause extended *p. 522; (3) rule set aside, information withdrawn, rule to show cause against filing information *p. 523.
PAPERS IN FILE: (1) Affidavit for quo warranto; (2) information; (3) motion to set aside rule to show cause; (4) brief.
*1824–36 Calendar*, MS p. 222.

ABRAHAM SALSBURY *versus* WILLIAM SUTHERLAND, ELI BRADSHAW, AND DAVID THOMPSON.

JOURNAL ENTRIES (1832–35): *Journal 4:* (1) Order for injunction *p. 515. *Journal 5:* (2) Motion to dismiss *p. 83.